LIBERTY BANK OF BUFFALO, Appellant and Respondent,
  *v.* CITY OF BUFFALO, Respondent and Appellant.

(Argued October 2, 1934; decided October 16, 1934.)

*R. Randolph Hicks* and *John W. Van Allen* for plaintiff, appellant and respondent.

*George L. Grobe, Corporation Counsel (Jeremiah J. Hurley* of counsel), for defendant, respondent and appellant.

On the appeal of the plaintiff: Judgment affirmed, without costs.

On the appeal of the defendant: Order affirmed, without costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.